William F. Caradine/Assabur, II, Arkansas Department of Correction, Grady, AR, pro se.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate William F. Caradine/Assabur, II (Caradine) appeals from the district court's [1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint. Caradine has also filed in this court various motions requesting, among other things, additional relief and disclosure of his medical records. Upon careful review, we conclude that the district court's dismissal without prejudice was not an abuse of discretion. *See Nw. Bank & Trust Co. v. First Ill. Nat'l Bank*, 354 F.3d 721, 725 (8th Cir.2003) (district court's application of its local rules reviewed for abuse of discretion); *Settlemire v. Watson*, 877 F.2d 13, 14 (8th Cir.1989) (per curiam) (affirming dismissal of pro se complaint where plaintiff failed to comply with court order to amend complaint within thirty days, and district court dismissed complaint without prejudice under local rule allowing dismissal where litigant fails to respond to communication of court within thirty days); *cf. Boyle v. Am. Auto Serv., Inc.*, 571 F.3d 734, 741–42 (8th Cir.2009) (Fed.R.Civ.P. 41(b) dismissal for failure to prosecute reviewed for abuse of discretion).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B. In addition, all of Caradine's pending motions are denied as moot.

---

**Judy M. SHEPARD, Appellant,**

v.

---

**John McHUGH,[1] Secretary of the Army, Appellee.**

No. 10–2378.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 6, 2011.

Filed: June 30, 2011.

Waite P. Stuhl, St. Louis, MO, for appellant.

Cynthia J. Hyde, Asst. U.S. Atty., Springfield, MO (Beth Phillips, U.S. Atty., Kansas City, MO, on the brief), for appellee.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Judy M. Shepard appeals the district court's[2] adverse grant of summary judgment in her Title VII and Rehabilitation Act action against the Secretary of the Army. Following careful de novo review, *see Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979, 982 (8th Cir.2004) (summary judgment standard of review), this court concludes that summary judgment was properly granted for the reasons stated in the district court's Order. AFFIRMED. *See* 8th Cir. R. 47B.

---

1. John McHugh has been appointed to serve as Secretary of the Army, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

2. The Honorable John T. Maughmer, United States Magistrate Judge for the Western Dis-

trict of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).